UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Criminal No. 03-CR-80987-DT

vs.                                             HON. BERNARD A. FRIEDMAN

JERMAINE BUCKNER,

    Defendant.
_____/

## ORDER REVOKING BOND

The court has had an opportunity to review the file in this matter and concludes that the bond issued on May 3, 2010, should be and hereby is revoked. Additionally, the supervised release violation hearing scheduled for December 14, 2010, is canceled.

SO ORDERED.

                                                       s/Bernard A. Friedman
                                                       BERNARD A. FRIEDMAN
                                                       SENIOR UNITED STATES DISTRICT JUDGE

Dated: December 9, 2010
       Detroit, Michigan

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 9, 2010.

                                                       s/Deborah J. Goltz for Carol Mullins
                                                       DEBORAH J. GOLTZ
                                                       Case Manager